# Order

Michigan Supreme Court
Lansing, Michigan

June 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156746(49)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

DAWN MARIE DIXON-BEY,
       Defendant-Appellee.
_____/

SC:  156746
COA:  331499
Jackson CC:  15-004596-FC

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing her supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before July 30, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2018



Clerk